**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **OSCAR TORRES,** | : | |
| | : | |
| **Petitioner** | : | |
| | : | |
| v. | : | **7:93-CR-09 (WDO)** |
| | : | **7:05-CV-133 (WDO)** |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

Having carefully considered the Magistrate Judge's Report and Recommendation to dismiss this habeas petition, and there being no objection thereto, the Recommendation is ADOPTED and made the order of the Court. This habeas petition is dismissed as an impermissible "second or successive" petition.

**SO ORDERED this 26th day of January, 2006.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**